IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE A. BOHATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05cv1044 |
| ) | **Electronic Filing** |
| JOANNE B. BARNHART, as ) | |
| Commissioner of Social Security, ) | Judge Cercone |
| ) | Magistrate Judge Mitchell |
| Defendant. ) | |

### O R D E R

AND NOW, this 5th day of January, 2006, after the plaintiff, Michelle A. Bohatch, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for a period of disability or for disability insurance benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge (Document No. 14) granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Document No. 12) is GRANTED; plaintiff's motion for summary judgment (Document No. 10) is DENIED; and the decision of the Social Security Commissioner is affirmed.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

James C. Ward, Esquire
Woomer & Friday
3220 West Liberty Avenue
Suite 200
Pittsburgh, PA 15216

Jessica Lieber Smolar, AUSA